### HUKILL *et al.* v. THARP *et al.*

No. 2247.    Opinion Filed November 19, 1912.

(128 Pac. 113.)

APPEAL AND ERROR — Dismissal — Failure to File Briefs. Where plaintiffs in error file no brief, as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Sharp, C.)

*Error from District Court, Ottawa County;*
*T. L. Brown, Judge.*

Action by J. T. Hukill and others against J. B. Tharp and others. Judgment for defendants, and plaintiffs bring error. Dismissed.

Earl v. Tyler et al.

*Dick Rice,* for plaintiffs in error.

*F. D. Fulkerson,* for defendants in error.

Opinion by SHARP, C.　The petition in error and case-made was filed in this court January 9, 1911.　Plaintiffs in error have filed no brief; nor have they asked for an extension of time in which to prepare and file brief.　It will therefore be considered that the appeal has been abandoned; and the petition in error should therefore be dismissed ·for want of prosecution. *Cox v. Rogers,* 30 Okla. 296, 119 Pac. 205; *Rice et al. v. Jones et al.,* 32 Okla. 734, 124 Pac. 67; *Atchison, T. & S. F. Ry. Co. v. Rath,* 32 Okla. 857, 124 Pac. 59.

By the Court:　It is so ordered.